UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROBERT FALANGA,<br><br>                Plaintiff,<br><br>   -against-<br><br>FRANK J. BISIGNANO, *Commissioner of Social Security*<br><br>                Defendant. | 26-CV-3001 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 13, 2026, Plaintiff commenced this Social Security action by filing the complaint and an affidavit of service. (*See* ECF 1, ECF 3.) On April 15, 2026, an attorney for the Government filed a notice of appearance. (*See* ECF 5.) The Government shall file the electronic Certified Administrative Record by **June 12, 2026.**

DATED:  May 5, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**