UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT FALANGA,

Plaintiff,

-against-

FRANK J. BISIGNANO, *Commissioner of Social Security*

Defendant.

26-CV-3001 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 12, 2026, the Commissioner filed the Electronic Certified Administrative Record. (*See* ECF 9.) Plaintiff's brief in support of a motion for judgement on the pleadings was due on July 13, 2026. Plaintiff has not filed the brief. Accordingly, I am nunc pro tunc extending the deadline for Plaintiff to file his brief until **July 21, 2026**.

DATED: July 14, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**